# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *  *
STEVEN J. NEALY and COLLEEN L.  *
NEALY,                          *
                                *
            Plaintiffs,         *   No.  10-162L
       v.                       *   Filed: April 10, 2015
                                *
UNITED STATES,                  *
                                *
            Defendant.          *
                                *
* * * * * * * * * * * * * * *  *
```

### O R D E R

The court is in receipt of parties' April 10, 2015 joint stipulation of dismissal with prejudice.  Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2014), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs.  The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**